IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES WILLIAM ROSE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:20-cv-00065 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| PATRICK MALONE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court, among other things, is Plaintiffs' Motion to Remand and for Attorneys' Fees and Expenses (Doc. No. 16, "Motion"). Defendant Pinnacle Bank ("Pinnacle") has filed a Notice of Joinder in the Motion (Doc. No. 19) and a Limited Response in Support of Motion to Remand (Doc. No. 25), to which Defendant Blue Ridge Bank and Trust ("Blue Ridge") has filed an opposition (Doc. Nos. 30 and 31). Defendant Blue Ridge has also filed an opposition to the Motion (Doc. No. 24). Defendant Malone has not filed an opposition to the Motion but has filed a Notice of Consent to Removal (Doc No. 21). Plaintiffs have filed a Reply (Doc. No. 26).

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion to Remand (Doc. No. 16) is **GRANTED** insofar as it requests remand but **DENIED** insofar as it requests recovery of Plaintiffs' attorneys' fees and expenses. This action is **REMANDED** to the Seventh Circuit Court for Davidson County, Tennessee, Probate Division.

The Clerk is directed to administratively terminate the motions at Doc. Nos. 8 and 10, which shall remain pending for decision by the state court, and to close the file.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE